Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER,<br><br>Plaintiff,<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a/ ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:22-cv-00291-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Charles Singer ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiffs' Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiffs filed their Complaint on February 16, 2022.  Experian was served on February 24, 2022.  The deadline for Experian to respond to the Complaint is currently March 17, 2022.  Plaintiffs and Experian stipulate and agree that Experian shall have an additional 21 days, up to

and including **April 7, 2022**, to file its responsive pleading.  This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to investigate Plaintiff's claims.

**IT IS SO STIPULATED.**

DATED this 10th day of March, 2022.     NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 10th day of March, 2022.     PRICE LAW GROUP, APC

By: *Steven A. Alpert*
Steven A. Alpert
Price Law Group, APC
5940 S. Rainbow Blvd, Suite 3014
Las Vegas, NV 89118

*Attorneys for Plaintiff Charles Singer*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: March 10th, 2022