Matthew K. Schriever (10745)
**SCHRIEVER LEGAL, PLLC**
4955 South Durango Drive, Ste 174
Las Vegas, NV 89113
Telephone: 702-525-1364
Facsimile: 702-973-7170
Email: matt@schrieverlegal.com
*Attorney for Defendant*
*Richland Holdings, Inc. d/b/a*
*Acctcorp Of Southern Nevada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES SINGER, <br><br> Plaintiff, <br><br> vs. <br><br> R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br> Defendants. | Case No.: 2:22-cv-00291-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, CHARLES SINGER ("Plaintiff") and RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Plaintiff filed the Complaint on FEBRUARY 16, 2022.

2. Service on Defendant was effectuated on FEBRUARY 23, 2022.

3. Defendant's deadline to respond to the Complaint is MARCH 16, 2022.

4. The undersigned counsel for Defendant has recently been retained in this matter and the Parties agree that the time for Defendant to respond to the Complaint shall be extended to APRIL 6, 2022.

In view of the foregoing, good cause supports the stipulation and the Parties respectfully request that the Court order and extend Defendant's deadline to file an Answer or otherwise responsive pleading to the Complaint to APRIL 6, 2022.

Dated: March 15, 2022

| SCHRIEVER LEGAL, PLLC | PRICE LAW GROUP, APC |
|---|---|
| /s/ Matthew K. Schriever<br>Matthew K. Schriever (10745)<br>4955 S. Durango Dr., Ste. 174<br>Las Vegas, NV 89113<br>matt@schrieverlegal.com<br>*Attorney for Defendant*<br>*Richland Holdings, Inc. d/b/a*<br>*Acctcorp Of Southern Nevada* | /s/ Steven A. Alpert<br>Steven A. Alpert (8353)<br>5940 S. Rainbow Blvd., Ste. 3014<br>Las Vegas, NV 89118<br>alpert@pricelawgroup.com<br>*Attorney for Plaintiff*<br>*Charles Singer* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 16, 2022