Matthew K. Schriever (10745)
**SCHRIEVER LEGAL, PLLC**
4955 South Durango Drive, Ste 174
Las Vegas, NV 89113
Telephone: 702-525-1364
Facsimile: 702-973-7170
Email: matt@schrieverlegal.com
*Attorney for Defendant*
*Richland Holdings, Inc. d/b/a*
*Acctcorp Of Southern Nevada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES SINGER,<br><br>Plaintiff,<br><br>vs.<br><br>R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:22-cv-00291-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, CHARLES SINGER ("Plaintiff") and RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Plaintiff filed the Complaint on FEBRUARY 16, 2022.

2. Service on Defendant was effectuated on FEBRUARY 23, 2022.

3. Defendant's initial deadline to respond to the Complaint was MARCH 16, 2022.

4. The Parties previously agreed that the time for Defendant to respond to the Complaint would be extended to APRIL 6, 2022.

5. The Parties have recently discussed potential resolutions to this matter and have agreed that the time for Defendant to respond to the Complaint shall be extended to APRIL 13, 2022.

In view of the foregoing, good cause supports the stipulation and the Parties respectfully request that the Court order and extend Defendant's deadline to file an Answer or otherwise responsive pleading to the Complaint to APRIL 13, 2022.

Dated: April 7, 2022

| SCHRIEVER LEGAL, PLLC | PRICE LAW GROUP, APC |
|---|---|
| /s/ Matthew K. Schriever | /s/ Steven A. Alpert |
| Matthew K. Schriever (10745) | Steven A. Alpert (8353) |
| 4955 S. Durango Dr., Ste. 174 | 5940 S. Rainbow Blvd., Ste. 3014 |
| Las Vegas, NV 89113 | Las Vegas, NV 89118 |
| matt@schrieverlegal.com | alpert@pricelawgroup.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| *Richland Holdings, Inc. d/b/a* | *Charles Singer* |
| *Acctcorp Of Southern Nevada* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2022