Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Charles Singer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES SINGER,<br><br>             Plaintiff,<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>             Defendants. | Case No.: 2:22-cv-00291-JCM-EJY<br><br>**JOINT STIPULATION AND ORDER STAYING DISCOVERY**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Charles Singer ("Plaintiff") and Defendants R.C. Willey Home Furnishings ("RC Willey") and Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("ACSN," and together with Plaintiff and RC Willey, the "Parties"), through their respective attorneys of record, state as follows:

1

That Plaintiff initiated this action by filing a Complaint on February 16, 2022 alleging that ACSN and RC Willey violated the Fair Credit Reporting Act and that ACSN violated the Fair Debt Collection Practices Act (ECF No. 1). On April 13, 2022, ACSN filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 21);

Counsel for the Parties conducted a Fed. R. Civ. P. 26(f) conference and filed a Joint Proposed Discovery Plan and Scheduling Order on April 29, 2022 (ECF No. 24). On April 29, 2022, the Court entered the Parties' proposed scheduling order (ECF No. 25).

On May 23, 2022, Plaintiff served written discovery requests on Defendants, and each party has responded to Plaintiff's discovery;

To conserve the resources of the Court and the Parties and to promote efficiency, the Parties stipulate and agree that it is appropriate to stay further discovery and all other pre-trial and trial deadlines pending a ruling on ACSN's Motion to Dismiss, the outcome of which is likely to affect the defenses of all defendants. The Parties further stipulate and agree that no party will be prejudiced by the requested stay.

////

////

////

////

////

////

////

////

////

Based on their Stipulation, and to ensure that they are not bound by the dates set forth in the Scheduling Order (ECF No. 25), the Parties request that the Court enter an order staying all discovery pending a ruling on ACSN's Motion to Dismiss. The parties agree that, if the Motion to Dismiss is denied, the parties will promptly submit a new proposed discovery plan and scheduling order.

Respectfully submitted this 30th day of June 2022.

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Charles Singer*

By: */s/Michael D. Rawlins*
Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO**
3333 E. Serene Ave., Suite 130
Henderson, NV 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
mrawlins@smithshapiro.com
*Attorneys for Defendant*
*RC Willey Home Furnishings, Inc.*

By: */s/Matthew K. Schriever*
Matthew K. Schriever (10745)
**SCHRIEVER LEGAL, PLLC**
4955 South Durango Drive, Ste 174
Las Vegas, NV 89113
Telephone: 702-525-1364
Facsimile: 702-973-7170
Email: matt@schrieverlegal.com
*Attorney for Defendant*
*Richland Holdings, Inc.*
*d/b/a Acctcorp Of Southern Nevada*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2022