Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER, | Case No.: 2:22-cv-00291-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Charles Singer ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian only. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
Judge James C. Mahan
United States District Court Judge

1

Respectfully submitted this 22nd day of September 2022.

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Charles Singer*

By: */s/Jennifer Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
 Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Roxanne Harris*

2