Michael Yancey III, NV #16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
E: michael@pricelawgroup.com
P: (818) 600-5537
F: (818) 600-5537

Youssef H. Hammoud, CA #321934
Admitted pro hac vice
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com
*Attorneys for Plaintiff
Charles Singer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER, | Case No.: 2:22-cv-00291-JCM-EJY |
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE ATTORNEY** |
| R.C. WILLEY HOME FURNISHINGS; RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Steven A. Alpert, Esq. from the firm Price Law Group, APC is no longer associated with the above-captioned matter and should be removed from all further notices. The Price Law Group attorney who should be noticed for all further filings is Michael Yancey, III, Esq. whose contact information is:

1

MICHAEL YANCEY, III, Nevada Bar No. 16158
Price Law Group, APC
5940 S Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
E: michael@pricelawgroup.com
P: (818) 600-5537

DATED: January 20, 2023

/s/ Michael Yancey III
Michael Yancey III, Esq. .
Nevada Bar Number: 16158
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (818) 600-5537
E: michael@pricelawgroup.com
*Attorneys for Plaintiff,*
*Charles Singer*

DATED: January 20, 2023

/s/ Steven A. Alpert
Steven A. Alpert, Esq.

DATED: 1/20/2023

Plaintiff Charles Singer

### ~~PROPOSED~~ ORDER

**IT IS ORDERED** that the Motion for Substitution is **GRANTED**.

Steven A. Alpert, Esq. is no longer associated with the above-captioned matter. Michael Yancey, III, Esq. from the firm Price Law Group, APC shall appear as attorney for record for Plaintiff Charles Singer.

**IT IS SO ORDERED.**

DATED: January 20, 2023

UNITED STATES MAGISTRATE JUDGE

2